1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  KEVIN J. BARRY  (CABN 229748)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: kevin.barry@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,       )      No. CR 11-0154 MMC
                                    )
14       Plaintiff,                 )
                                    )      **STIPULATION AND [PROPOSED]**
15            v.                    )      **ORDER CHANGING HEARING DATE**
                                    )
16  RONALD PELAEZ,                  )
                                    )
17       Defendant.                 )
    _____)
18

19
        The Court has set January 11, 2012 as the date for a change of plea in this matter for this
20
    defendant and his co-defendants.  Unlike his co-defendants, who have announced their intention
21
    to plead guilty without a plea agreement, the defendant Ronald Pelaez and the government
22
    intend to enter into a plea agreement.
23
        The government requires additional time to finalize the plea materials.  Thus, the parties
24
    request that the date for the change of plea hearing be moved to January 25, 2012, at 2:30 p.m.
25
    The government will lodge a copy of the agreement for the Court's review prior to the hearing.
26

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 110154 MMC, United States v. Ronald Pelaez

SO STIPULATED:

                          MELINDA HAAG
                          United States Attorney

DATED: January 10, 2012                    /s/
                                            KEVIN J. BARRY
                                            Assistant United States Attorney

DATED: January 10, 2012                    /s/
                                            JAMES PHILLIP VAUGHNS
                                            Attorney for RONALD PELAEZ

[PROPOSED] ORDER

For the reasons stated above, the Court finds that moving the date for a change of plea for defendant Ronald Pelaez is warranted, and the January ~~10~~ 11, 2012 change of plea hearing for this defendant is moved to January 25, 2012.

IT IS SO ORDERED.

DATED: January 10, 2012                    [signature]
                                            THE MAXINE M. CHESNEY
                                            United States District Judge