| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | KEVIN J. BARRY  (CABN 229748)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone:  (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: kevin.barry@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0154 MMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CHANGING HEARING DATE** |
| | ) | **AND EXCLUDING TIME** |
| RONALD PELAEZ, | ) | |
| Defendant. | ) | |

The Court has set January 25, 2012, as the date for a change of plea in this matter for this defendant.  Unlike his co-defendants, who plead guilty without a plea agreement, the defendant Ronald Pelaez and the government intend to enter into a plea agreement.

The parties have reached agreement in principal about the terms, but the government requires additional time to finalize the plea materials.  Thus, the parties request that the date for the change of plea hearing be moved from January 25, 2012, to February 29, 2012, at 2:30 p.m.  The government will lodge a copy of the agreement for the Court's review prior to the hearing.

The parties also request that the Court exclude the time from January 25, 2012, to February 29, 2012, from calculation of the time limits provided by 18 U.S.C. § 3161, on the

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 11-0154 MMC, United States v. Ronald Pelaez

basis of effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: January 25, 2012          _____/s/_____
          KEVIN J. BARRY
          Assistant United States Attorney

DATED: January 25, 2012          _____/s/_____
          JAMES PHILLIP VAUGHNS
          Attorney for RONALD PELAEZ

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that moving the date for a change of plea for defendant Ronald Pelaez is warranted, and the January 25, 2012 change of plea hearing for this defendant is moved to February 29, 2012, at ~~2:30~~ 2:15 p.m. The Court also finds that exclusion of the period from the date of this Order to February 22, 2012, from the time limits applicable under 18 U.S.C. § 3161 is warranted and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 25, 2012          _____
          THE HONORABLE MAXINE M. CHESNEY
          United States District Judge