UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>RONALD PELAEZ,<br><br>    Defendant. | NO.: CR ~~10~~ 11-0154 MMC<br><br><br><br>**ORDER** |

The Court hereby ORDERS that the change of plea hearing scheduled for February 29, 2012 be vacated and rescheduled for March 21, 2012, at ~~2:30~~ 2:15 p.m. Time shall be excluded from February 29, 2012 through March 21, 2012 to facilitate the effective preparation of counsel.

DATED: February 29, 2012

Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -