UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>RONALD PELAEZ, )<br>)<br>Defendant. )<br>_____ ) | NO.: CR 11-0154 MMC<br><br><br><br>**ORDER** |

The Court hereby ORDERS that the change of plea hearing scheduled for March 21, 2012 be vacated and rescheduled for April 18, 2012, at ~~2:30~~ 2:15 p.m. Time shall be excluded from March 21, 2012 through April 18, 2012 to facilitate the effective preparation of counsel.

DATED: March 20, 2012

Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -