1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                  SAN FRANCISCO DIVISION
8
9
10   UNITED STATES OF AMERICA,    )    NO.: CR 11-0154 MMC
                                  )
11          Plaintiff,             )
                                  )
12      vs.                        )
                                  )    **ORDER**
13                                 )
                                  )
14   RONALD PELAEZ,                )
                                  )
15          Defendant.              )
     _____ )
16
17
       The Court hereby ORDERS that the change of plea hearing scheduled for June 13,
18
                                              2:15
    2012 be vacated and rescheduled for July 11, 2012, at ~~2:30~~ p.m. Time shall be excluded from
19
    June 13, 2012 through July 11, 2012 to facilitate the effective preparation of counsel.
20
21
22
23   DATED: July 12, 2012                        _____
                                                 Hon. MAXINE C. CHESNEY
24                                               United States District Judge
25
26
27
28                                       - 3 -