1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile:  510-886-7218
4
   Attorney for Ronald PELAEZ
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 11-0154 MMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING CHANGE OF PLEA HEARING DATE** |
| vs. | |
| RONALD PELAEZ, | |
| Defendant. | |

### STIPULATION

The parties stipulate as follows:

1. The parties recently participated in a Settlement Conference before Magistrate Judge Beeler. The parties agree that the Conference was productive and the parties expect a change of plea to proceed in short order.

2. Counsel for the Government has no objection to this matter being continued until July 25, 2012 at 2:30 p.m. to facilitate the preparation of a revised plea agreement.

3. The parties further stipulate and agree that the time between July 11, 2012 and July 25, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to

18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel given the immigration implications of the proposed plea and the proposals discussed during the initial Settlement Conference which necessitate a revision of the earlier proffered plea agreement.

IT IS SO STIPULATED

DATED: July 10, 2012

-S-
_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: July 10, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant PELAEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>        Plaintiff,                                )<br>                                                                )<br>vs.                                                      )<br>                                                                )<br>                                                                )<br>                                                                )<br>RONALD PELAEZ,                          )<br>                                                                )<br>        Defendant.                            )<br>_____) | NO.: CR 11-0154 MMC<br><br><br><br>**ORDER** |

      The Court hereby ORDERS that the change of plea hearing scheduled for July 11, 2012 be vacated and rescheduled for July 25, 2012, at 2:30 p.m. Time shall be excluded from July 11, 2012 through July 25, 2012 to facilitate the effective preparation of counsel.


DATED:_____                         _____
                                                           Hon. MAXINE C. CHESNEY
                                                           United States District Judge