1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7                            SAN FRANCISCO DIVISION

8

9

10   UNITED STATES OF AMERICA,   )        NO.: CR 11-0154 MMC
                                 )
11          Plaintiff,           )
                                 )
12       vs.                     )
                                 )        **ORDER**
13                               )
                                 )
14   RONALD PELAEZ,              )
                                 )
15          Defendant.           )
     _____)

16

17

18       The Court hereby ORDERS that the change of plea hearing scheduled for July 11,
                                          2:15
19   2012 be vacated and rescheduled for July 25, 2012, at 2:30 p.m. Time shall be excluded from

20   July 11, 2012 through July 25, 2012 to facilitate the effective preparation of counsel.

21

22

23   DATED: July 10, 2012                    _____
                                             Hon. MAXINE C. CHESNEY
24                                           United States District Judge

25

26

27

28                                        - 3 -