UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD PELAEZ,<br><br>    Defendant. | NO.: CR 11-0154 MMC<br><br>[PROPOSED]<br>**ORDER** |

    Pursuant to the parties' Stipulation, filed August 7, 2012, the Court hereby ORDERS that the change of plea hearing scheduled for August 8, 2012 be vacated and rescheduled for August 22, 2012, at 2:15 p.m. Time shall be excluded from August 8, 2012 through August 22, 2012 to facilitate the effective preparation of counsel.

DATED: August 8, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -