UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br><br>RONALD PELAEZ,<br>    Defendant. | NO.: CR 11-0154 MMC<br><br>[PROPOSED]<br>**ORDER** |

Pursuant to the parties' Stipulation, filed August 21, 2012, the ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for August 22, 2012 be vacated and rescheduled for August 29, 2012, at 2:15 p.m. Time shall be excluded from August 22, 2012 through August 29, 2012 to facilitate the effective preparation of counsel.

DATED: August 22, 2012

Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -