1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

10  UNITED STATES OF AMERICA,    )    NO.: CR 11-0154 MMC
                                )
11          Plaintiff,          )
                                )    [PROPOSED]
12      vs.                     )    **ORDER**
                                )
13                              )
                                )
14  RONALD PELAEZ,              )
                                )
15          Defendant.          )
    _____)

16

17          Pursuant to the parties' Stipulation, filed August 28, 2012,
    the   ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for August 29,
18  2012 be vacated and rescheduled for October 3, 2012, at 2:15 p.m. Time shall be excluded from
19  August 29, 2012 through October 3, 2012 to facilitate the effective preparation of counsel.
20
21
22
23  DATED: August 29, 2012                    _____
24                                            Hon. MAXINE C. CHESNEY
                                              United States District Judge
25
26
27
28                                     - 3 -