|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO.: CR 11-0154 MMC |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| RONALD PELAEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation filed October 2, 2012, the ~~The~~ Court hereby ORDERS that the change of plea hearing scheduled for October 3, 2012 be vacated and rescheduled for October 17, 2012, at 2:15 p.m. Time shall be excluded from October 3, 2012 through October 17, 2012 to facilitate the effective preparation of counsel.

DATED: October 2, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -