1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile:  510-886-7218
4
   Attorney for Ronald PELAEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | NO.: CR 11-0154 MMC |
|             Plaintiff,  ) | **STIPULATION AND** ~~**PROPOSED**~~ |
|     vs.  ) | **ORDER CONTINUING CHANGE OF PLEA HEARING DATE** |
| RONALD PELAEZ,  ) | |
|             Defendant.  ) | |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Pelaez will resolve this matter by way of a guilty plea pursuant to the negotiated Plea Agreement in this matter which has been the subject of much discussion and revision.

2. In addition to counsel for Mr. Pelaez having a last minute conflict due to another client's emergency motion before the Honorable Phyllis J. Hamilton at the same time Mr. Pelaez' matter is scheduled before this Court[1], Mr. Pelaez' family has some remaining concerns regarding the immigration consequences which counsel would like to address for them.

---

[1] CR 10-00395 PJH

3.  Counsel for the Government has no objection to this matter being continued one week to October 24, 2012 at 2:15 p.m. for change of plea considering the above circumstance.

3.  The parties further stipulate and agree that the time between October 17, 2012 and October 24, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel given the immigration implications of the proposed plea agreement.

IT IS SO STIPULATED

DATED: October 16, 2012

                                            *-S-*

                                  KEVIN J. BARRY
                                  Assistant United States Attorney

DATED: October 16, 2012

                                            *-S-*

                                  JAMES PHILLIP VAUGHNS.
                                  Attorney for Defendant PELAEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RONALD PELAEZ,<br><br>　　　　Defendant. | NO.: CR 11-0154 MMC<br><br>**ORDER** |

The Court hereby ORDERS that the change of plea hearing scheduled for October 17, 2012 be ~~vacated and~~ rescheduled for October 24, 2012, at 2:15 p.m. Time shall be excluded from October 17, 2012 through October 24, 2012 to facilitate the effective preparation of counsel.

DATED: October 17, 2012

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -