AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. section 843(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 4 years' imprisonment
$250,000 fine
1 year of supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 2011 OCT 23 P 3:21

**DEFENDANT - U.S**

▶ RONALD PELAEZ

DISTRICT COURT NUMBER
11-cr-0154 MMC

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Kevin Barry

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ____ Month/Day/Year

DATE OF ARREST ▶ ____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ ____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: ____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____    Before Judge: ____

Comments:

8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10   SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )   No. CR 11-0154 MMC
                                        )
13          Plaintiff,                  )
                                        )   VIOLATIONS: 21 U.S.C. § 843(b) – Use of
14      v.                              )   a Communications Facility to Facilitate a
                                        )   Drug Trafficking Crime
15   RONALD PELAEZ,                     )
                                        )
16          Defendant.                  )   SAN FRANCISCO VENUE
                                        )
17   _____)

18

19

20                          SUPERSEDING INFORMATION

21   The United States Attorney charges:

22   COUNT ONE:      (21 U.S.C. § 843(b) – Use of a Communications Facility to Facilitate a
                     Drug Trafficking Crime)
23

24       On or about March 3, 2011, in the Northern District of California and elsewhere, the

25   defendant,

26                                  RONALD PELAEZ,

27

28

SUPERSEDING INFORMATION
CR 11-0154 MMC

did knowingly, intentionally, and unlawfully use a communication facility, specifically, a telephone, to facilitate the commission of the offense of possession with intent to distribute methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 843(b).

COUNT TWO: (21 U.S.C. § 843(b) – Use of a Communications Facility to Facilitate a Drug Trafficking Crime)

On or about March 3, 2011, in the Northern District of California and elsewhere, the defendant,

RONALD PELAEZ,

did knowingly, intentionally, and unlawfully use a communication facility, specifically, a telephone, to facilitate the commission of the offense of possession with intent to distribute methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 843(b).

Dated: October 23, 2012

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON (KB)
Deputy Chief, Criminal Division

(Approved as to form _____
AUSA Barry