# United States District Court
# Northern District of California

## CRITICAL COVER SHEET

**FILED**
2012 OCT 23 P 3: 21

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. Ronald Pelaez

**Case Number:**
CR 11-0154 MMC

**Total Number of Defendants:**
1 ✓    2-7 ___    8 or more ___

**Is This Case Under Seal?**
Yes ___    No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ___    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓    OAK ___    SJ ___

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ___    No ✓

**Assigned AUSA (Lead Attorney):**
Kevin J. Barry

**Comments:**

**Date Submitted:**
10/23/2012

December 2011

PRINT