JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile:  510-886-7218

Attorney for Ronald PELAEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 11-0154 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER CONTINUING CHANGE OF** |
| | ) | **PLEA HEARING DATE** |
| vs. | ) | |
| | ) | **AND ORDER DENYING STIPULATION** |
| | ) | |
| RONALD PELAEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Pelaez will resolve this matter by way of a guilty plea pursuant to the negotiated Plea Agreement in this matter which has been the subject of much discussion and revision.

2. To facilitate the change of plea contemplated by the parties, Mr. Pelaez needs to be arraigned on the proposed Information.

3. Counsel for the Government has no objection to this matter being continued until November 14, 2012 at 2:30 p.m. for change of plea considering the above circumstances.

4. The parties further stipulate and agree that the time between October 24, 2012 and November 14, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: October 23, 2012

-S-
_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: October 23, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant PELAEZ

Dated: October 24, 2012

DENIED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -