UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: November 14, 2012  (23 minutes)

Case No. CR-11-0154-3 MMC                JUDGE: **Maxine M. Chesney**

RONALD PELAEZ
                                         Present (X) Not Present ( ) In Custody ( )
            DEFENDANT


Kevin Barry                              James Vaughns
U.S. ATTORNEY(S)                         ATTORNEY FOR DEFENDANT


Deputy Clerk: Tracy Lucero               Reporter: Catherine Edwards


**PROCEEDINGS**

REASON FOR HEARING   Change of Plea

RESULT OF HEARING   Defendant plead guilty to Counts 1 & 2 of the superseding information. Case referred to U.S. Probation Office for preparation of presentence report.


Case continued to   February 20, 2013 at 2:15 p.m.   for Judgment and Sentencing
Case continued to _____ for Motions.
                (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____ Begins            Ends

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////