JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Ronald PELAEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> RONALD PELAEZ, ) <br> ) <br> Defendant. ) | NO.: CR 11-0154 MMC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE** |

**STIPULATION**

The parties stipulate as follows:

1. Ronald Pelaez is a defendant in this action and has been on pretrial release since March 11, 2011.

2. Mr. Pelaez wishes to be allowed to visit relatives at 10432 Alma Lane, Villa Park, CA 92861 from December 24, 2012 to January 3, 2013.

\>\>

\>\>

\>\>

\>\>

1  3.  AUSA Kevin Barry does not oppose this request and Kim Do, Mr. Pelaez's Pretrial
2      Services Officer, agrees with the proposal.

4  IT IS SO STIPULATED

6  DATED: December 5, 2012                    -S-
7                                             _____
                                              KEVIN J. BARRY
8                                             Assistant United States Attorney

10 DATED: December 5, 2012
                                              -S-
11                                            _____
                                              JAMES PHILLIP VAUGHNS.
12                                            Attorney for Defendant PELAEZ

- 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>RONALD PELAEZ,<br><br>    Defendant. | NO.: CR 10-0154 MMC<br><br><br><br>**ORDER** |

The Court hereby ORDERS that the conditions of release set for defendant RONALD PELAEZ be modified to allow him to travel to 10432 Alma Lane, Villa Park, CA 92861 on December 24, 2012 and to return to his residence in this District on January 3, 2013.

In all other respects, said conditions of release shall continue as previously ordered.

DATED: 12/19/12

_____
Hon. Joseph C. Spero
United States Magistrate Judge

- 3 -