UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 11-0154 MMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** CONTINUING SENTENCING HEARING |
| RONALD PELAEZ, ) | |
| Defendant. ) | |

Pursuant to the parties' stipulation filed February 15, 2013, the

~~The~~ Court hereby ORDERS that the sentencing scheduled for February 20, 2013 be vacated and rescheduled for March 13, 2013, at 2:15 p.m.

DATED: February 19, 2013

_____
Hon. MAXINE C. CHESNEY
United States District Judge

- 3 -